UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| VAIBHAV DOSHI, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff(s), <br><br> v. <br><br><br> TOKAI PHARMACEUTICALS, INC. *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No.: 1:16-cv-11992 |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, *Doshi v. Tokai Pharmaceuticals, Inc. et al.*, 1:16-cv-11992, brought before the United States District Court for the District of Massachusetts, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Vaibhav Doshi hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated:  May 1, 2018

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman (admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100

2

Facsimile: (212) 661-8665
Email:  jalieberman@pomlaw.com

*Counsel for Plaintiff Vaibhav Doshi*

3

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically

to the registered participants as identified on the Notice of Electronic Filing on May 1, 2018.


*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman